STATE OF NEW JERSEY v. CYRUS HATAMI.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ZARMAKOUPIS.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND MONTGOMERY.

November 10, 1980.

Petition for certification denied.

DANIEL J. PROCACCINO v. STATE OF NEW JERSEY, DEPART-
MENT OF THE TREASURY, BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

November 10, 1980.

Petition for certification granted.